649

Ralph L. Cobb et al., trustees, complainants, v. Charles W. Leland et al., defendants.
South Side Trust & Savings Bank, trustee, appellant, v. John S. Smith, appellee. Gen. No. 32,224.

Opinion filed April 3, 1928. Rehearing denied April 17, 1928.
Andrew R. Sherriff, for appellant. John B. Wheeler and Edward McTiernan, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Joseph D. Schmidt and Isaac Schmidt, appellees, v. F. S. Hendricks, appellant. Gen. No. 32,251.

Opinion filed April 3, 1928.
Linaweaver & Linaweaver, for appellant. Samuel M. Ash, for appellees.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Henry J. Karch, appellee, v. Henry Schrik, appellant. Gen. No. 32,269.

Opinion filed April 3, 1928. Rehearing denied April 17, 1928.
Henry H. Koven, for appellant. Earl J. Walker, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

David Haas, trading as David Haas & Company, appellee, v. Jacob Cohn et al., appellants. Gen. No. 32,274.

Opinion filed April 3, 1928.
Julian J. Luster, for appellants. Teller, Levit, Silvertrust & Levi, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.